ACCEPTED
03-14-00397-CV
4019469
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/4/2015 1:44:34 PM
JEFFREY D. KYLE
CLERK

**No. 03-14-00397-CV**

_____

In the Court of Appeals for the Third Judicial District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/4/2015 1:44:34 PM
JEFFREY D. KYLE
Clerk

_____

**American Multi-Cinema, Inc.,**
Appellant/Cross-Appellee,

**v.**

**Glen Hegar, Comptroller of Public Accounts of the State of Texas, and
Ken Paxton, Attorney General of the State of Texas,**
Appellees/Cross-Appellants.

_____

On Appeal from the 200th Judicial District Court
Travis County, Texas

_____

**NOTICE OF AUTOMATIC SUBSTITUTION OF PUBLIC OFFICERS**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 7.2(a), Appellees give notice that Glenn Hegar succeeded Susan Combs as Comptroller of Public Accounts of the State of Texas on January 2, 2015, and Ken Paxton succeeded Greg Abbott as Attorney General of the State of Texas on January 5, 2015.

Accordingly, the Appellees now should be designated as "Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas."

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

1

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief, Financial Litigation, Tax, and
Charitable Trusts Division

*/s/Charles K. Eldred*
CHARLES K. ELDRED
Attorney in Charge
Financial Litigation, Tax, and
Charitable Trusts Division
State Bar No. 00793681
P.O. Box 12548
Austin, Texas 78711-2548
512-475-1743
512-477-2348 (fax)
charles.eldred@texasattorneygeneral.gov
Attorneys for Appellees/Cross-Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2015, a true and correct copy of the foregoing **Notice of Automatic Substitution of Public Officers** was sent to the Appellant's attorney of record via e-service and/or electronic mail as follows:

Doug Sigel          Doug.sigel@ryanlawllp.com
RYAN LAW FIRM, LLP
100 Congress Ave., Ste. 950
Austin, Texas 78701

*/s/Charles K. Eldred*
CHARLES K. ELDRED